# PD-0268-15

PD-0268-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/11/2015 1:56:45 PM
Accepted 3/12/2015 9:39:04 AM
ABEL ACOSTA
CLERK

NO. _____

## IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## AUSTIN, TEXAS

**JORGE ALVAREZ GOMEZ
APPELLANT/PETITIONER,**

**V.**

**THE STATE OF TEXAS,
APPELLEE, RESPONDENT.**

**FROM THE FOURTH COURT OF APPEALS AT
SAN ANTONIO, TEXAS. CAUSE NO. 04-14-00198-CR**

Appellant/Petitioner, Jorge Alvarez Gomez, Motion for an Extension of
Time to File Petition for Discretionary Review (PDR)

FILED IN
COURT OF CRIMINAL APPEALS

March 12, 2015

ABEL ACOSTA, CLERK

_____//S//_____
Victor M. Valdes, J.D., Ed.D.
Attorney At Law
111 Soledad, Suite 300
San Antonio, Texas 78205
Tel. (210) 229-9652
Fax (210) 590-6713
State Bar Card No. 20424500
Email: vvaldes@satx.rr.com

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, Jorge Alvarez Gomez, Appellant/Petitioner, by and through his attorney, Victor Manuel Valdes, and respectfully files this Motion for An Extension of Time to File the Petition for Discretionary Review (PDR) and in support thereof indicates as follows:

I

On March 3, 2015, attorney for Appellant/Petitioner was informed, via email, that the Fourth Court of Appeals denied his Motion for Rehearing.

II

Appellant/Petitioner has until April 3, 2015 to submit his Motion for an Extension of Time to file his PDR.

III

Attorney for Appellant/Petitioner just returned from vacation which involved medical treatments.

IV

Attorney for Appellant/Petitioner is working in multiple appeals in the Veteran Administrative system. The issues in this cause are of extreme important with direct impact on other cases throughout the State.

## V

There are multiple grounds for review, for example, the court erred when it deprived Appellant/Petitioner a meaningful opportunity to present defenses.

## VI

Applicable decisions of the Court of Appeals are in conflict with decisions of the Supreme Court. Furthermore, the Court ignored the Principle of *stare decisis*.

## VII

The Appellant/Petitioner, will brief each issue with supporting authority.

WHEREFORE, PREMISES CONSIDERED, the Appellant/Petitioner, respectfully petitions this Honorable Court for a sixty-day (60-day) extension of time to file his PDR, until the 10th day of May 2015.

Respectfully submitted,

_____//S//_____
Victor M. Valdes, J.D., Ed.D.
111 Soledad, Suite 300
San Antonio, Texas 78205
Ph. (210) 229-9652
Fax.(210)590-6713
Email:vvaldes@satx.rr.com
State Bar No. 20424500

## CERTIFICATE OF CONFERENCE

Attorney for Appellant/Petitioner has informed, via telephone, A.D.A.,

Nathan Morey of this request, however, we do not know his position.

_//S//_
Victor M. Valdes, J.D., Ed.D.

## CERTIFICATE OF SERVICES

This is to certify that a copy of the foregoing document has been provided to

A.D.A. Nathan E. Morey, via fax, No. (210)335-2436, on this 11th day of March

2015.

_//S//_
Victor M. Valdes, J.D., Ed.D.

## VERIFICATION

STATE OF TEXAS §

§

COUNTY OF BEXAR §

BEFORE ME, the undersigned Notary Public, on this day personally appeared Victor M. Valdes, Attorney for Appellant/Petitioner, who being by me duly Sworn under Oath deposed and said that he has personal knowledge with all the statements made in the Motion for an Extension of Time to file PDR that the same are true and correct.

_____

Victor M. Valdés, J.D., Ed.D.

SUBSCRIBED AND SWORN TO BEFORE ME, on this 11th day of March 2015.

_____

Notary Public for the State of Texas



JUAN PABLO AGUILERA
My Commission Expires
September 15, 2016